WILLIAM ENGEL *vs.* WILLIAM BREITKREITZ and others.

November 20, 1888.

Negligence.—Evidence in the case examined, in connection with the charge of the court. *Held*, that there was no error in the charge, and that the evidence justified the verdict.

Action for injuries sustained by plaintiff by defendants' negligence in operating a steam-threshing machine. At the trial in the district court for Sibley county, before *Edson*, J., the defendants had a verdict, a new trial was refused, and plaintiff appealed.

*Kipp & Preble*, for appellant.

*W. H. Leeman*, for respondents.

*By the Court.* Adopting the most favorable view possible of plaintiff's case, as presented by the transcript herein, he cannot complain of the manner in which the main question, that of defendants' negligence, was submitted for the determination of the jury. It was a question of fact, to be passed upon under proper instructions from the court. It was fairly submitted to the jurors, and by them decided adversely to plaintiff. As has been held repeatedly, this court cannot interfere.

Order affirmed.